UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 1:15-cv-455-RBW

TERRYLENE SACCHETTI, individually and
ROBERT MANGANELLI, individually and as
co-personal representatives of the Estate of GIANNI
MANGANELLI,

    Plaintiffs,                                JURY TRIAL DEMANDED

vs.

GALLAUDET UNIVERSITY and the
DISTRICT OF COLUMBIA,

    Defendants.
_____/

**PLAINTIFFS' Rule 26(a)(2)
DISCLOSURE OF EXPERT TESTIMONY**

Pursuant to Fed. R. Civ. P. 26(a)(2), Local Rule 26.2 and this Court's initial and subsequent scheduling orders [DE 45, 48], plaintiffs Terrylene Sacchetti and Robert Manganelli, individually and as co-personal representatives of the Estate of Gianni Manganelli, hereby serve their disclosure (1) identifying the names of two experts whom the Plaintiffs may use at trial to present evidence under Federal Rules of Evidence 702, 703, or 705, as to issues of liability, in compliance with Rule 26(a)(2)(A); and (2) providing written reports, prepared and signed by the respective witnesses, in compliance with Rule 26(a)(2)(B):

1) Mr. Jack Ryan
   Legal & Liability Risk Management Institute
   5250 E. US HWY 36, Ste. 1103
   Avon, IN 46123

2) Michael Welner, M.D.
   The Forensic Panel Corp.
   224 West 30th Street

Suite 806
New York, NY  10001

DATED:   May 30, 2017            MORELLI ALTERS LLP
                                 *Counsel for the Plaintiffs*

                                 /s/ Justin D. Grosz
                                 Justin D. Grosz
                                 Washington D.C. Bar No. 1018414
                                 DCOTA | Design Center of the Americas
                                 1855 Griffin Road, Suite C-470
                                 Dania Beach, Florida 33004
                                 JGrosz@morellialters.com
                                 Telephone: (305) 571-8550
                                 Facsimile (305) 571-8558

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including, to:

Jason R. Waters
Peter Moore
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102-5102
(703) 245-9300
(703) 245-9301
Jason.Waters@wilsonelser.com
Madelaine.Kramer@wilsonelser.com
*Counsel for Gallaudet University*

Steven Anderson
Assistant Attorney General
441-4th Street, NW
6th Floor South
Washington, D.C. 20001
steve.anderson@dc.gov
*Counsel for the District of Columbia*

                                                    /s/ *Justin D. Grosz*
                                                    Justin D. Grosz