UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN N. KANGETHE, ) | |
| ) | |
|    *Plaintiff,* ) | |
| ) | |
| v. ) | Civ. Action No. 15-2185 (CKK) |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
|    *Defendant.* ) | |
| ) | |

NOTICE WITHDRAWING APPEARANCE

The Clerk of the Court will please withdraw the appearance of Steven Anderson as counsel for the Defendant.

        Respectfully submitted,

        KARL RACINE
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Steven J. Anderson*
        STEVEN J. ANDERSON [334480]
        Assistant Attorney General
        Civil Litigation Division, Section III
        Office of the Attorney General
        441 Fourth Street, NW, 6TH Fl. South
        Washington, D.C. 20001
        Office (202) 724-6607
        Email: Steve.anderson@dc.gov